IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-699 |
| | § | |
| CHARLES CRAIG JORDAN | § | |

**O R D E R**

Charles Jordan's Emergency Motion to Continue Surrender Date is granted to the extent that he is ordered to surrender on **February 4, 2014**, rather than January 28, 2014. Jordan must surrender by 2:00 p.m. on February 4 at the Big Spring FCI, 1900 Simler Avenue, Big Spring, Texas 79720.

SIGNED on January 24, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge